PARHAM


**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CR. No.** 1:26-cr-10066-STA |
| | ) | |
| **v.** | ) | **18 U.S.C. § 2315** |
| | ) | **18 U.S.C. § 371** |
| **ALEXANDER RUBEY,** | ) | **18 U.S.C. § 641** |
| **MARCUS HOLLMANN,** | ) | **18 U.S.C. § 2314** |
| **CONRAD LILLEGARD,** | ) | |
| **SCOTT MARTIN, and** | ) | **FILED UNDER SEAL** |
| **ALEX PELC,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

From on or about January 2022, and continuing through at least November of 2025, in the Western District of Tennessee, the defendants,

**ALEXANDER RUBEY,**
**and**
**MARCUS HOLLMANN**

did knowingly receive, possess, conceal, store, barter, sell, and dispose of goods, wares and merchandise having a value of more than $5,000, that is, PSQ-42 Enhanced Night Vision Goggles, and which had crossed a state boundary after being stolen, to wit, said Goggles having been stolen in 2022 in O'ahu, Hawaii and subsequently brought into the State of Tennessee, the defendants then knowing the same to have been stolen, unlawfully converted, and taken. In violation of Title 18, United States Code, § 2315.

**COUNT 2**

THE CONSPIRACY AND ITS OBJECTS

1. At all times material to this indictment PSQ-42 Enhanced Night Vision Goggles, PVS-14 Night Vision Goggles, PVS-31 Night Vision Goggles, AN-9 Night Vision Goggles, BNVD-1531 Night Vision Goggles, and BNVD-1431 Night Vision Goggles were manufactured by L3 Harris for the sole use of the Department of Defense.

2. From on or about January 2022, and continuing thereafter until on or about August 2026, in the Western District of Tennessee and elsewhere, the defendants,

**ALEXANDER RUBEY,**
**MARCUS HOLLMANN,**
**CONRAD LILLEGARD,**
**SCOTT MARTIN, and**
**ALEX PELC**

knowingly and willfully conspired and agreed together and with each other, and with other persons both known and unknown to the grand jury, to devise a scheme and artifice to willfully and knowingly steal, purloin and convert to their own use, PSQ-42 Enhanced Night Vision Goggles, PVS-14 Night Vision Goggles, PVS-31 Night Vision Goggles, AN-9 Night Vision Goggles, BNVD-1531 Night Vision Goggles, and BNVD-1431 Night Vision Goggles, of a value exceeding $1,000, of the goods and property of the United States, in violation of Title 18 U.S.C. § 641;

MANNER AND MEANS OF THE CONSPIRACY

3. At all times material to this indictment PSQ-42 Enhanced Night Vision Goggles, Night Vision Goggles are devices that enhance vision in low-light conditions by amplifying ambient light and/or converting near-infrared light into visible light. Night Vision Goggles are constructed of several components, including Image Intensifier Tubes (IITs), which are located within the Night Vision Goggle housings. Night Vision Goggles and

other sensitive military equipment, to include aiming and thermal optics, often have specific procedures for how they are to be demilitarized when they are no longer in use. Most military Night Vision Goggles, aiming lasers, and thermal optics fall under the demilitarization category DEMIL D or DEMIL F. The DEMIL D and DEMIL F codes require the complete destruction of these devices, so they are not sold or used outside of their military applications.

4. It was an object of the conspiracy, and a part of the scheme and artifice that defendants **ALEXANDER RUBEY**, **CONRAD LILLEGARD**, **SCOTT MARTIN**, and **ALEX PELC**, would themselves steal or otherwise obtain stolen sensitive equipment from the Department of Defense to be sold to private customers through their independent businesses for profit.

5. It was an object of the conspiracy, and a part of the scheme and artifice that defendants **ALEXANDER RUBEY**, **CONRAD LILLEGARD**, **SCOTT MARTIN**, and **ALEX PELC**, if questioned by potential customers or law enforcement officials about the stolen equipment, would claim that such equipment was government surplus or contract overruns.

6. It was an object of the conspiracy, and part of the scheme and artifice that defendants **ALEXANDER RUBEY**, **CONRAD LILLEGARD**, **SCOTT MARTIN**, and **ALEX PELC** would remove data plates and other identifying markings that would make the equipment harder to trace or easier to claim ignorance to the stolen equipment's origination.

7. It was an object of the conspiracy, and part of the scheme and artifice that defendants **ALEXANDER RUBEY**, **CONRAD LILLEGARD**, **SCOTT MARTIN**, and **ALEX PELC** would remove the image intensifier tubes from military issued night vision housings

and install the image intensifier tubes into commercial night vision housings to make it appear as if the night vision goggle was purchased legitimately.

8. It was an object of the conspiracy, and part of the scheme and artifice that defendants **ALEXANDER RUBEY**, **CONRAD LILLEGARD**, **SCOTT MARTIN**, and **ALEX PELC** would send and accept payment through online payment systems such as PayPal and hide the nature of the items being sold by describing them as “camera equipment.”

OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Western District of Tennessee and elsewhere:

(a) On or about September 5, 2024, in the Western District of Tennessee, the defendant, **ALEXANDER RUBEY** and **MARCUS HOLLMANN**, burglarized the National Guard Armory in Selmer, Tennessee for over $285,000 in sensitive military equipment, to include thirty-six PVS-14 Night Vision Goggles, four Target Locator Modules, and three PAS-13D thermal optics.

(b) On or about September 6, 2024, records from Pirateship.com show **ALEXANDER RUBEY** shipped a package from the Western District of Tennessee to “**CONRAD LILLEGARD**, 2617 Seurat Ter, Henderson, NV.”

(c) On or about September 7, 2024, records from Pirateship.com show **ALEXANDER RUBEY** shipped a package from the Western District of Tennessee to “**ALEX PELC**, 15961, Cherry Drive, Clinton Township, MI,”

(d) On or about November 3, 2024, **ALEXANDER RUBEY** and **MARCUS HOLLMANN** were stopped by the Lexington Police Department near the National Guard Armory in Lexington, Tennessee. During the traffic stop,

**ALEXANDER RUBEY** was found to be in possession of a stolen PSQ-42 Night Vision Goggle taken from Schofield Barracks at O'ahu, Hawaii.

(e) On or about April 21, 2025, **SCOTT MARTIN** shipped BNVD-1531 Night Vision Goggles to the Western District of Tennessee. The Defense Criminal Investigative Service confirmed the image intensifier tubes inside of the BNVD-1531 Night Vision Goggle was sold to the United States Air Force under military contract in August 2024 and was not available for purchase to civilians.

(f) On or about May 6, 2025, **CONRAD LILLEGARD** shipped PVS-14 Night Vision Goggle to the Western District of Tennessee. The Defense Criminal Investigative Service confirmed the image intensifier tube inside of the PVS-14 Night Vision Goggle was sold under military contract to the Department of Defense.

All in violation of Title 18 United States Code, Section 371.

**COUNT 3**

From on or about January 2022, and continuing through at least August 2026, in the Western District of Tennessee, the defendants,

**ALEXANDER RUBEY,**
**MARCUS HOLLMANN,**
**CONRAD LILLEGARD,**
**SCOTT MARTIN, and**
**ALEX PELC**

did knowingly transport, transmit, and transfer, and cause to be transported, transmitted, and transferred, in interstate commerce from the State of Tennessee to other states, including but not limited to Nevada, Arkansas, and Michigan, goods, wares and merchandise, namely, PSQ-42 Enhanced Night Vision Goggles, PVS-14 Night Vision Goggles, PVS-31 Night Vision Goggles, AN-9 Night Vision Goggles, BNVD-1531 Night Vision Goggles, and BNVD-1431 Night Vision Goggles of the value of $5,000 or more,

knowing the same to have been stolen, unlawfully converted, and taken. All in violation of Title 18, United States Code, § Sections 2314.

**TRUE BILL:**

_____________________________
**FOREPERSON**

**DATED:** ______________________

DAVID DUNAVANT

Digitally signed by DAVID DUNAVANT
Date: 2026.09.03 15:32:57 -05'00'

**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**
**WESTERN DISTRICT OF TENNESSEE**